PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>vs.                                                    )<br>)<br>**JERRY DON MAINARD**                       )<br>) | **Docket Number: CR-F-90-186-001** |

On March 23, 1992, the above-named was placed on Supervised Release for a period of 5 years, which commenced on March 29, 2002. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Michael A. Sipe

**MICHAEL A. SIPE
Senior United States Probation Officer**

Dated:      December 16, 2005
            Sacramento, California
            95661

**REVIEWED BY:**        /s/ Richard A. Ertola
                **RICHARD A. ERTOLA
                Supervising United States Probation Officer**

Re:   **UNITED STATES OF AMERICA vs. JERRY DON MAINARD**
      **Docket Number:   CR-F-90-186-001**
      **ORDER TERMINATING SUPERVISED RELEASE**
      **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

December 30, 2005                              /s/ OLIVER W. WANGER

_____                    _____
**Date**                                       **OLIVER W. WANGER**
                                                **United States District Judge**

MAS:jc
Attachment:   Recommendation
cc:     United States Attorney's Office
        FLU Unit, AUSA's Office
        Fiscal Clerk, Clerk's Office